CHI-1785519

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Harry and David** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule 1 Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN.<br>(if more than one, state all):<br>**93-0331765** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**2500 South Pacific Highway<br>Medford, Oregon**<br><br>ZIP CODE  **97501** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Jackson County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>**Same as street address.**<br><br>ZIP CODE | Mailing Address of Debtor (if different from street address):<br><br><br><br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**See Schedule 1 Attached**                                                                ZIP CODE

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>_____ | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br><br>**Tax-Exempt Entity**<br>(Check Box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Chapter of Bankruptcy Code Under Which<br>The Petition is Filed** (Check one box)<br><br>☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☒ Chapter 11         Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                             Nonmain Proceeding |
|---|---|---|

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an Individual primarily responsible for a Personal, family, or household purpose."      ☒ Debts are primarily business debts.

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br><br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190.00.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this Petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126 (b). |
|---|---|

| **Statistical/Administrative Information**<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (on a consolidated basis)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Harry and David** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
| Location<br>Where Filed: **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Schedule 1 Attached** | Case Number: **Pending** | Date Filed: **Date Hereof** |
| District: **Delaware** | Relationship: **Affiliate** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| **Exhibit A** <br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) <br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor  the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check the Applicable Boxes)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes.)*

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Harry and David** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X  /s/ Daniel J. DeFranceschi_____<br>Signature of Attorney for Debtor<br><br>**Brad B. Erens**<br>Jones Day<br>77 West Wacker<br>Chicago, Illinois 60601<br>Tel: (312) 782-3939<br>Fax: (312) 782-8585<br><br>**Daniel J. DeFranceschi (No. 2732)**<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King St.<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br><br>**March 28, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Authorized Individual<br><br>**Kay Hong**<br>Printed Name of Authorized Individual<br><br>**Interim Chief Executive Officer and Chief Restructuring Officer**<br>Title of Authorized Individual<br><br>**March 28, 2011**<br>Date | Address<br><br>_____<br><br>X_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).* |

# SCHEDULE 1

A.  All Other Names Used by the Debtor in the last 8 years (including trade names)

    Bear Creek Corporation
    Bear Creek Direct Marketing, Inc.
    Bear Creek Operations, Inc.
    Bear Creek Orchards, Inc.
    Bear Creek Stores, Inc.
    Harry and David
    Harry & David Holdings, Inc.
    Harry & David Operations, Inc.
    Harry & David Operations Corp.
    Jackson & Perkins Company
    Jackson & Perkins Operations, Inc.
    Jackson & Perkins Wholesale, Inc.
    Cushman's Fruit Company
    Harry & David
    Harry and David Corp.
    Harry and David, Inc.
    Harry & David's Country Village
    Harry & David's Moose Munch
    Wolferman's

B.  Location of Principal Assets of Business Debtor (if different from street address):

    2500 South Pacific Highway
    Medford, Oregon  97501

    Other locations of the Debtor's principal assets are listed on Schedule 2 attached hereto.

C.  Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

    On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

    1.  Harry & David Holdings, Inc.

    2.  Harry & David Operations, Inc.

    3.  Bear Creek Orchards, Inc.

# SCHEDULE 2

| Address of Principal Assets | Description |
| --- | --- |
| 440 Scottsdale Circle<br>Medford, OR  97504 | Housing |
| 450 NW 257th Ave., #506<br>Troutdale, OR  97060 | Harry and David Store |
| 360 Nut Tree Road<br>Vacaville, CA  95687 | Harry and David Store |
| 48650 Seminole Rd, #G224<br>Cabazon, CA  92230 | Harry and David Store |
| 8380 Cerrillos Road, Suite 114<br>Santa Fe, NM  87507 | Harry and David Store |
| 5050 Factory Shop Blvd Space 705<br>Castle Rock, CO  80104 | Harry and David Store |
| 549 S. Chillicothe Rd., #275<br>Aurora, OH  44202 | Harry and David Store |
| 300 Tanger Blvd., #310<br>Branson, MO  65616 | Harry and David Store |
| 5809 McWhinney Blvd.<br>Loveland, CO  80538 | Harry and David Store |
| 333 Five Cities Dr., #127<br>Pismo Beach, CA  93449 | Harry and David Store |
| 501 Tanger Mall Drive<br>Riverhead, NY  11901 | Harry and David Store |
| 1500 SEE. Devil's Lake Rd. #308<br>Lincoln City, OR  97367 | Harry and David Store |
| 740 E. Ventura Blvd., #434<br>Camarillo, CA  93010 | Harry and David Store |
| Intersection of I-79 & Rte 208<br>Grove City, PA  16127 | Harry and David Store |
| 8567 Factory Shops Blvd<br>Jeffersonville, OH  43128 | Harry and David Store |

| Address of Principal Assets | Description |
| --- | --- |
| 1000 Route 611 #G-82<br>Tannersville, PA  18372 | Harry and David Store |
| 1011 Southline Rd., Ste B-500<br>Tuscola, IL  61953 | Harry and David Store |
| 1720 Ocean Outlets, Route 1<br>Rehoboth Beach, DE  19971 | Harry and David Store |
| 4540 Highway 54, Store P-2<br>Osage Beach, MO  65065 | Harry and David Store |
| 3939 I H 35 South, Suite 945<br>San Marcos, TX  78666 | Harry and David Store |
| 5715 Richmond Road #63-A<br>Williamsburg, VA  23188 | Harry and David Store |
| 655 Route 318, Space 71<br>Waterloo, NY  13165 | Harry and David Store |
| 7400 So. Las Vegas Blvd, Ste# 239<br>Las Vegas, NV  89123 | Harry and David Store |
| 12156 South Beyer Road, Ste 130<br>Birch Run, MI  48415 | Harry and David Store |
| 1414 Fording Island Rd. C240<br>Bluffton, SC  29910 | Harry and David Store |
| 50 Water Street, Spc. J440<br>Lee, MA  01238 | Harry and David Store |
| 10406 Emerald Coast Pkwy, #64<br>Destin, FL  32550 | Harry and David Store |
| 2700 State Road 16, Ste 503<br>St. Augustine, FL  32092 | Harry and David Store |
| 5575 Factory Shops Blvd. Sp 295<br>Ellenton, FL  34222 | Harry and David Store |
| 1025 Industrial Dr., Ste 70<br>Smithfield, NC  27577 | Harry and David Store |
| 1645 Parkway, Ste. 650<br>Sevierville, TN  37862 | Harry and David Store |

| Address of Principal Assets | Description |
|---|---|
| 537 Monmouth Rd, Ste 156<br>Jackson, NJ  08527 | Harry and David Store |
| 5600 Paseo Del Norte. Spc 139<br>Carlsbad, CA  92008 | Harry and David Store |
| 301 Outlet Drive<br>Lancaster, PA  17602 | Harry and David Store |
| 11211 120th Ave., Suite 31<br>Pleasant Prairie, WI  53158 | Harry and David Store |
| 1 Premium Outlet Blvd., #170<br>Wrentham, MA  02093 | Harry and David Store |
| 241 Fort Evans Rd.NE, Ste. 705<br>Leesburg, VA  20176 | Harry and David Store |
| 495 Prime Outlets Blvd., Space 155<br>Hagerstown, MD  21740 | Harry and David Store |
| 595 West Linmar Ln., Space Bldg B<br>Johnson Creek, WI  53038 | Harry and David Store |
| 1001 Arney Rd., Ste. 204<br>Woodburn, OR  97071 | Harry and David Store |
| 1475 N. Burkhart Rd., Sp 120, Bldg B<br>Howell, MI  48855 | Harry and David Store |
| 6415 Labeaux Ave., NE, Suite # A235<br>Albertville, MN  55301 | Harry and David Store |
| 535 West Farms Mall, Space #C 201<br>Farmington, CT  06033 | Harry and David Store |
| 256 Bellevue Square<br>Bellevue, WA  98004 | Harry and David Store |
| 444 Oakbrook Center<br>Oak Brook, IL  60523 | Harry and David Store |
| 300 Monticello Ave., Space # 284<br>Norfolk, VA  23510 | Harry and David Store |
| 825 Dulaney Valley Rd., Suite # 303<br>Townson, MD  21204 | Harry and David Store |

| Address of Principal Assets | Description |
|---|---|
| Florida Mall - Rm 1138<br>8001 S. Orange Blossom Trail<br>Orlando, FL 32809 | Harry and David Store |
| 20530 North Rand Rd., Suite 340<br>Deer Park, IL 60010 | Harry and David Store |
| 5244 W. 119th Street<br>Leawood, KS 66209 | Harry and David Store |
| 7 West County Center<br>St. Louis, MO 63131 | Harry and David Store |
| 404 Christiana Mall, Space #404<br>Newark, DE 19702 | Harry and David Store |
| 500 Route 73 South, E-3<br>Marlton, NJ 08053 | Harry and David Store |
| 3200 Sepulveda Blvd., Suite #C-3<br>Manhattan Beach, CA 90266 | Harry and David Store |
| 1659 Rockville Pike, Space #10<br>Rockville, MD 20852 | Harry and David Store |
| 811 Lighthouse Place<br>Michigan City, IN 46360 | Harry and David Store |
| 11871 North Executive Drive<br>Edinburgh, IN 46124 | Harry and David Store |
| 1863 Gettysburg Village Dr., Space 640<br>Gettysburg, PA 17325 | Harry and David Store |
| 2601 S. McKenzie St., Suite M-27<br>Foley, AL 36535 | Harry and David Store |
| 6699 N. Landmark Drive, Space #L130<br>Park City, UT 84098 | Harry and David Store |
| 120 Laconia Rd., Suite #108<br>Tilton, NH 03276 | Harry and David Store |
| 20 Killingsworth Turnpike, Space #234<br>Clinton, CT 06413 | Harry and David Store |
| 875 S. Grand Central Parkway, Suite #1660<br>Las Vegas, NV 89106 | Harry and David Store |

| Address of Principal Assets | Description |
| --- | --- |
| 113 Outlet Center Drive<br>Queenstown, MD  21658 | Harry and David Store |
| 150 Tanger Drive<br>Williamsburg, IA  52361 | Harry and David Store |
| 10827 Kings Road, Suite 815<br>Myrtle Beach, SC  29572 | Harry and David Store |
| 1424 State Road 9, Space #15<br>Lake George, NY  12845 | Harry and David Store |
| 2200 Tanger Blvd., Suite 520<br>Washington, PA  15301 | Harry and David Store |
| 820 W Stacy Rd, Suite 442<br>Allen, TX  75013 | Harry and David Store |
| 1710 Walnut Street<br>Philadelphia, PA  19103 | Harry and David Store |

# HARRY AND DAVID
## (an Oregon corporation)

## CERTIFICATE OF RESOLUTIONS

I, Kay Hong, the Interim Chief Executive Officer and Chief Restructuring Officer of Harry and David, an Oregon corporation (the "Corporation"), do hereby certify that: (a) I am the duly elected, qualified and acting Interim Chief Executive Officer and Chief Restructuring Officer of the Corporation; (b) the following resolutions were duly adopted by the Board of Directors of the Corporation, as of March 27, 2011, in accordance with the requirements of applicable law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

### "Chapter 11 Reorganization

"WHEREAS, the Board of Directors of the Corporation (the "**Board of Directors**") has evaluated the Corporation's alternatives in connection with a possible restructuring and has determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") is in the best interests of the Corporation and its stakeholders;

"RESOLVED, that the Corporation shall be, and it hereby is, authorized to file a voluntary petition (the "**Petition**") for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware or such other court as the appropriate officer or officers of the Corporation shall determine to be appropriate (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof;

"FURTHER RESOLVED, that the chief executive officer, chief restructuring officer, chief financial officer, president, the secretary and the treasurer of the Corporation (collectively, the "**Designated Officers**") shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Corporation, to: (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary, desirable or appropriate to carry out the intent and accomplish the purposes of these

resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute, acknowledge, deliver and verify any and all other documents necessary, desirable or appropriate in connection therewith and to administer the Corporation's chapter 11 case in such form or forms as any such Designated Officer may approve; and the actions of any Designated Officer taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of the Petition and all ancillary documents and all other agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer's approval and the necessity, desirability or appropriateness thereof;

"FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Corporation, to retain:  (a) Jones Day; (b) Richards, Layton & Finger, P.A.; (c) Rothschild Inc.; (d) Sard Verbinnen & Co.; (e) Alvarez & Marsal; and (f) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such Designated Officers' judgment may be necessary, desirable or appropriate in connection with the Corporation's chapter 11 case and other related matters, on such terms as such officer or officers shall approve and such Designated Officer's retention thereof to constitute conclusive evidence of such Designated Officer's approval and the necessity, desirability or appropriateness thereof;

"FURTHER RESOLVED, that the law firm Jones Day and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

"FURTHER RESOLVED, that the Corporation, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to:  (a) enter into and incur any obligations under a new debtor in possession financing facility or facilities and any associated documents and consummate the transactions contemplated therein (collectively, the "***Financing Transactions***") with such lenders and on such terms as may be approved by any one or more of the Designated Officers, as may be reasonably necessary, desirable or appropriate for the continuing conduct of the affairs of the Corporation; and (b) pay

related fees, incur the debt contemplated by the Financing Transactions and grant security interests in and liens upon some, all or substantially all of the Corporation's assets in each case as may be deemed necessary, desirable or appropriate by any one or more of the Designated Officers in connection with the Financing Transactions;

"FURTHER RESOLVED, that: (a) the Designated Officers shall be, and each of them, hereby is, authorized, directed and empowered, in the name and on behalf of the Corporation, as debtor and debtor in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "***Financing Documents***"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary, desirable or appropriate by the Designated Officers are approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution, acknowledgement, delivery and verification of all such Financing Documents, shall be conclusive evidence of such Designated Officer's approval and the necessity, desirability or appropriateness thereof;

"FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

### "Support Agreement

"RESOLVED, that the form, terms and provisions of the Support Agreement in substantially the form attached hereto as Exhibit A (with such changes, additions and deletions as are authorized hereby) (the "***Support Agreement***") to be entered by and among the Corporation, Harry & David Holdings, Inc., its subsidiaries and each of the holders, which persons or entities are record or beneficial owners or investment advisors or managers of beneficial owners of the Senior Floating Rate Notes due 2012

and/or 9.0% Senior Note Due 2013 issued by the Corporation pursuant to that certain indenture dated February 25, 2005, is hereby authorized, approved and adopted for all purposes and the transactions contemplated by the Support Agreement are hereby approved for all purposes, with such changes therein, additions thereto, or omissions therefrom as shall be made in accordance with this resolution; and

"FURTHER RESOLVED, that the Designated Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, deliver and perform, the Support Agreement, together with any agreements, documents and instruments in connection therewith or contemplated therein and any exhibits, annexes or attachments thereto, in each case with such changes therein, additions thereto or omissions therefrom as such Designated Officers or any officer may deem necessary, advisable or appropriate, such execution, delivery and performance by any such Designated Officer to be conclusive evidence of such authorization and approval.

### "Backstop Agreement

"RESOLVED, that the form, terms and provisions of the Backstop Stock Purchase Agreement in substantially the form attached hereto as Exhibit B (with such changes, additions and deletions as are authorized hereby) (the "*Backstop Agreement*") to be entered by and among Harry & David Holdings, Inc., each of the Affiliates (as defined therein) of Harry & David Holdings, Inc. listed on the signature pages thereto under the title "Debtors", the Corporation and each of the entities and/or their investment advisors, managers, managed funds or accounts, intermediaries or nominees set forth on Schedule 1 thereto, is hereby authorized, approved and adopted for all purposes and the transactions contemplated by the Backstop Agreement are hereby approved for all purposes, with such changes therein, additions thereto, or omissions therefrom as shall be made in accordance with this resolution; and

"FURTHER RESOLVED, that the Designated Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, deliver and perform, the Backstop Agreement, together with any agreements, documents and instruments in connection therewith or contemplated therein and any exhibits, annexes or attachments thereto, in each case with such changes therein, additions thereto or omissions therefrom as such Designated Officers or any officer may deem necessary, advisable or appropriate, such execution,

delivery and performance by any such Designated Officer to be conclusive evidence of such authorization and approval.

## "**General**

"RESOLVED, that any and all actions and transactions by the Board of Directors or any officer for and on behalf and in the name of the Corporation with respect to any transactions contemplated by the foregoing resolutions before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted and consented to in all respects for all purposes;

"FURTHER RESOLVED, that the Board of Directors and any Designated Officer hereby is authorized and directed to certify and/or attest these resolutions, certificate of incumbency and such other documents or instruments that the Secretary may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification and/or attestation shall not be required for any document, instrument or agreement to be valid and binding on the Corporation; and

"FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Corporation or their designees shall be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein."

[The remainder of this page is intentionally blank.]

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of this 27th day of March, 2011.

Name: Kay Hong
Title:  Interim Chief Executive Officer and Chief Restructuring Officer

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11
                                              :
Harry and David,                              :   Case No. 11-_____ (____)
                                              :
              Debtor.                         :
                                              :
-------------------------------------------------------------x
```

# CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

       The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their petitions, the Debtors filed a consolidated list of the 20 largest unsecured creditors of the Debtors (the "Top 20 List") in lieu of a separate list for each Debtor.  The Top 20 List is based on the Debtors' books and records as of approximately March 25, 2011 and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.  The Top 20 List does not include:  (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors.

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Contact name, telephone number, facsimile and email address of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Wells Fargo Bank | Wells Fargo Bank, Senior Fixed Rate Notes c/o Corporate Trust Services 45 Broadway – 14th Floor New York, NY 10006 | Attn: Julie Salovitch-Miller P: (212) 515-1575 F: (212) 515--5189 | Senior Fixed Rate Notes | $140,192,000 |
| Wells Fargo Bank | Wells Fargo Bank, Senior Fixed Rate Notes c/o Corporate Trust Services 45 Broadway – 14th Floor New York, NY 10006 | Attn: Julie Salovitch-Miller P: (212) 515-1575 F: (212) 515--5189 | Floating Rate Notes | $58,170,000 |
| Harry & David Pension Plan | Harry & David Pension Plan 2500 S. Pacific Hwy. Medford, OR 97501-2675 | Attn: Ed Dunlap P: (877) 322-1200 F: (800) 648-6640 | Pension Liability | $27,400,000 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Contact name, telephone number, facsimile and email address of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Convergys CMG | Convergys CMG<br>201 East 4th Street<br>Cincinnati, OH 45202 | Attn: Montie Kelly<br>P: (704) 443-7848<br>F: (513) 421-8624 | Trade Debt | $2,222,905.50 |
| R.R. Donnelley Receivables | R.R. Donnelley Receivables<br>111 South Wacker Drive<br>Chicago, IL 60606-4301 | Attn: Dan Pevonka<br>P: (630) 322-6931<br>F: (630) 322-6052 | Trade Debt | $2,170,978.96 |
| FedEx | FedEx<br>942 South Shady Grove Road<br>Memphis, TN 38120 | Attn: Steven Wallace<br>P: (901) 434-9380<br>F: (901) 434-5485 | Trade Debt | $1,185,578.44 |
| Google Inc. | Google Inc.<br>1600 Amphitheater Parkway<br>Mountain View, CA 94043 | Attn: Chrissie Del Tatto<br>P: (650) 253-0000<br>F: (650) 253-0001 | Trade Debt | $872,661.63 |
| Ada Valley Gourmet Foods | Ada Valley Gourmet Foods<br>6210 E. Fulton<br>Ada, MI 49301 | Attn: Mary Inman<br>P: (616) 676-0767<br>F: (616) 676-3145 | Trade Debt | $827,987.74 |
| Guittard Chocolate Co. | Guittard Chocolate Co.<br>10 Guittard Road<br>Burlingame, CA 94010 | Attn: Mark Spini<br>P: (800) 468-2462<br>F: (650) 692-2761 | Trade Debt | $585,628.44 |
| SAP America, Inc. | SAP America, Inc.<br>3999 West Chester Pike<br>Newtown Square, PA 19073 | Attn: Mike Altice<br>P: (559) 363-1743<br>F: (610) 661-4024 | Trade Debt | $562,171.43 |
| IBM Corporation | IBM Corporation<br>1360 Boul Rene-Leves<br>Montreal, QC H3G 2W6<br>Canada | Attn: Afsaneh Eshghi<br>P: (360) 921-8087<br>F: (514) 938-6078 | Trade Debt | $531,186.35 |
| Nautical Furnishings Inc. | Nautical Furnishings Inc.<br>60 Northwest 60th Street<br>Fort Lauderdale, FL 33309 | Attn: Michael Hoglund<br>P: (954) 771-1100<br>F: (954) 771-1211 | Trade Debt | $455,734.68 |
| InfoLogix, Inc. | InfoLogix, Inc.<br>101 E. County Line Road<br>Suite 210<br>Hatboro, PA 19040 | Attn: Kevin College<br>P: (215) 604-0691<br>F: (215) 604-0695 | Trade Debt | $450,372.91 |
| AmeriCold Logistics, LLC | AmeriCold Logistics, LLC<br>10 Glenlake Parkway<br>Suite 800<br>Atlanta, GA 30328 | Attn: Mike Miline<br>P: (801) 773-6886<br>F: (678) 441-6824 | Trade Debt | $441,273.82 |
| Smucker Specialty Foods | Smucker Specialty Foods<br>1050 Stanton Street<br>Ripon, WI 54971-1279 | Attn: Gail Hunt<br>P: (920) 745-6119<br>F: (920) 745-6150 | Trade Debt | $439,345.84 |
| Achatz Handmade Pie Co. | Achatz Handmade Pie Co.<br>30301 Commerce Boulevard<br>Chesterfield, MI 48051 | Attn: Wendy Achatz<br>P: (586) 291-3827<br>F: (586) 749-2885 | Trade Debt | $397,481.58 |
| American List Counsel, Inc. | American List Counsel, Inc.<br>4300 US Highway 1<br>Princeton, NJ 08543 | Attn: Beth Schreiber<br>P: (609) 580-2931<br>F: (609) 580-2888 | Trade Debt | $395,430.26 |
| Rockwell Architecture | Rockwell Architecture<br>5 Union Square West<br>New York, NY 10003 | Attn: Jeffrey Ashey<br>P: (212) 463-0334<br>F: (212) 463-0335 | Trade Debt | $359,654.42 |
| Southern Bakeries, LLC | Southern Bakeries, LLC<br>2700 East 3rd Street<br>Hope, AR 71801 | Attn: Rick Ledbetter<br>P: (870) 777-9031, EXT 287<br>F: (972) 818-7625 | Trade Debt | $340,974.12 |

| Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Contact name, telephone number, facsimile and email address of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Hines Nursery | Hines Nursery<br>12621 Jeffrey Road<br>Irvine, CA 92620-2101 | Attn: Pat Hughes<br>P: (503) 329-1774<br>F: (949) 559-5652 | Trade Debt | $291,293.74 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
Harry and David,                            :    Case No. 11-_____ (____)
                                            :
              Debtor.                       :
                                            :
------------------------------------------------------------x
```

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   I, Kay Hong, the Interim Chief Executive Officer and Chief Restructuring Officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Date: March 28, 2011   Signature: _____

               Kay Hong
               Interim Chief Executive Officer and Chief
               Restructuring Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.

```
-------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
Harry and David,                        :   Case No. 11-_____ (____)
                                        :
              Debtor.                   :
                                        :
-------------------------------------------------------------x
```

## DECLARATION CONCERNING CONSOLIDATED MASTER CREDITOR LIST

      I, Kay Hong, the Interim Chief Executive Officer and Chief Restructuring Officer of the above-captioned debtor (the "Debtor" and together with certain affiliated entities that have filed petitions in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code, the "Debtors") declare under penalty of perjury that I have reviewed the master creditors list, electronically filed contemporaneously herewith, as best as could be ascertained after diligent inquiry, is a full and complete list of all creditors and parties with whom the Debtors conduct business, including their mailing addresses (the "Master Creditors List").  The Debtors will update the Master Creditors List as more information becomes available.  To the extent practicable, the Master Creditors List complies with Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

      The information contained herein is based upon a review of the Debtors' books and records.  However, no comprehensive legal or factual investigation with regard to possible defenses to any claims set forth in this document have been completed.  Therefore, this listing does not and should not be deemed to constitute:  (1) a waiver of any defense to any below-listed claim; (2) an acknowledgement of the allowability of any below-listed claim; or (3) a waiver of any other right or legal position of the Debtors.

[The remainder of this page is intentionally blank.]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: March 28, 2011          Signature: _____

                              Kay Hong
                              Interim Chief Executive Officer and Chief
                              Restructuring Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
--------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
Harry and David,                                              :    Case No. 11-_____ (____)
                                                              :
                    Debtor.                                   :
                                                              :
--------------------------------------------------------------x
```

**LIST OF EQUITY SECURITY HOLDERS**
**AND STATEMENT OF CORPORATE OWNERSHIP**

| Shareholder | No. of Shares of Capital Stock | Percentage of Shares of Capital Stock |
|---|---|---|
| Harry & David Holdings, Inc. 2500 South Pacific Highway Medford, OR  97501 | 10,000 | 100% |

[The remainder of this page is intentionally blank.]

```
--------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
Harry and David,                        :    Case No. 11-_____  (____)
                                        :
            Debtor.                     :
                                        :
--------------------------------------------------------------x
```

## DECLARATION REGARDING LIST OF EQUITY
## SECURITY HOLDERS AND STATEMENT OF CORPORATE OWNERSHIP

       I, Kay Hong, the Interim Chief Executive Officer and Chief Restructuring Officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing "List of Equity Security Holders and Statement of Corporate Ownership" and that it is true and correct to the best of my knowledge, information and belief.

Date: March 28, 2011        Signature: _____
                                   Kay Hong
                                   Interim Chief Executive Officer and Chief
                                   Restructuring Officer